IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Sherburne Commons, Inc., | ) | Case No. 08-18026 (WCH) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS**

**PLEASE TAKE NOTICE** that Foley & Lardner LLP hereby files this Notice of Appearance and Request for Service of Documents as counsel for Servant Healthcare Investments, LLC, a Florida limited liability company, and its assigns ("Servant"), a party-in-interest in the above-referenced case. Pursuant to the applicable Federal Rules of Bankruptcy Procedure, the undersigned hereby requests and demands that the Clerk of this Court, and all other parties-in-interest in this proceeding, provide notice of, and where applicable, service of, all motions, applications, orders, pleadings, notices or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, telex, telecopy or made in any other manner whatsoever, to the attorneys listed directly below:

> Keith C. Owens, Esq.
> Foley & Lardner LLP
> 555 S. Flower Street, 35th Floor
> Los Angeles, CA  90071-2411
> Telephone:  (213) 972-4500
> Facsimile:  (213) 486-0065
> Email:  kowens@foley.com

>Michael A. Okaty, Esq.
>Foley & Lardner LLP
>111 North Orange Ave., Suite 1800
>Orlando, FL 32801-2386
>Telephone: (407) 423-7656
>Facsimile: (407) 648-1743
>Email: mokaty@foley.com

**PLEASE TAKE FURTHER NOTICE** that Servant does not intend, through this Notice of Appearance and Request For Service of Documents, or any later appearance, pleading, claim, or suit, to waive (1) its right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge, (2) its right to a trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) its right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs, recoupments or remedies to which it is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Servant expressly reserves.

Dated: October 27, 2009               Respectfully submitted,

>  /s/ *Keith C. Owens*
>Keith C. Owens, Cal. Bar No. 184841 (*pro hac vice*)
>Foley & Lardner LLP
>555 South Flower Street, 35th Floor
>Los Angeles, CA 90071-2411
>213.972.4500 Telephone
>213.486-0065 Facsimile
>
>Attorneys For Servant Healthcare Investments, LLC, a Florida limited liability company

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Sherburne Commons, Inc., | ) | Case No. 08-18026 (WCH) |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

       I, Keith C. Owens, hereby certify that on this 27th day of October, 2009, I caused to be served copies of the Notice of Appearance and Request For Service of Documents in the manner specified below to the parties on the attached service list.

Dated: October 27, 2009

/s/ *Keith C. Owens*
Keith C. Owens, Cal. Bar No. 184841 (*pro hac vice*)
Foley & Lardner LLP
555 South Flower Street, 35th Floor
Los Angeles, CA 90071-2411
213.972.4500 Telephone
213.486-0065 Facsimile

Counsel to Servant Healthcare Investments, LLC, a Florida limited liability company

**VIA ECF COURT NOTIFICATION**
- Jessica Block — block@blockroos.com
- Eric K. Bradford — eric.k.bradford@usdoj.gov
- Joseph P. Corrigan — jpc@bostonbusinesslaw.com
- Bertin C. Emmons — bemmons@sovereignbank.com
- John Fitzgerald — ustregion01.bo.ecf@usdoj.gov
- Pamela A. Harbeson — pharbeson@lgllp.com; lodom@lgllp.com
- Steven T. Hoort — steven.hoort@ropesgray.com
- Gregory O. Kaden — gkaden@goulstonstorrs.com
- Christine D. Lynch — clynch@goulstonstorrs.com
- Timothy M. Mauser — tmauser@mauserlaw.com
- Thomas K. McCraw — thomas.mccraw@leclairryan.com
- Frank McGinn — ffm@bostonbusinesslaw.com
- Harold B. Murphy — bankruptcy@hanify.com; ddk@hanify.com; pas@hanify.com
- David C. Phalen — dcp@bostonbusinesslaw.com; leh@bostonbusinesslaw.com
- Stephen Riden — sriden@foley.com; kblackburn@foley.com
- Shuba Satyaprasad — shuba.satyaprasad@ropesgray.com
- Natalie B. Sawyer — nbs@hanify.com; icm@hanify.com
- Albert Solochek — alsolocheck@hswmke.com
- James Addison Wright — james.wright@ropesgray.com
- Heather Zelevinsky — heather.zelevinsky@ropesgray.com

**VIA U.S. MAIL**

Sean M. Monahan
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
E-mail: smonahan@choate.com
**COUNSEL TO HAROLD COHEN**

R. Timothy Bryan
Patton Boggs LLP
2550 M. Street, N.W.
Washington, DC 20037
**COUNSEL TO CREDITOR PHILIP and FAYE HUBBARD**

Rodney Hoffman
Deutsch Williams Brooks
DeRensis & Holland, P.C.
One Design Center Place, Suite 600
Boston, MA 02210
**COUNSEL TO INTERESTED PARTY TOWN OF NANTUCKET**

Philip Hubbard
6 Sherburne Commons
Nantucket, MA 02554

Edward Benham
40 Sherburne Commons, Apt. 207
Nantucket, MA 02554

LACA_2377910.1