# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| Sherburne Commons, Inc. ) | Case No. 08-18026 (WCH) |
| ) | |
| Debtor. ) | |

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE THAT**, on December 14, 2009, in accordance with the Order Confirming First Amended Plan of Liquidation, dated November 30, 2009 [Dkt. No. 413] (the "Confirmation Order"), and pursuant to the terms of the First Amended Plan of Liquidation, dated November 19, 2009 [Dkt. No. 384] (as amended, the "Plan"), the Effective Date, as defined in the Plan, occurred. Capitalized terms used in this notice but not defined in this notice shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, as of the occurrence of the Effective Date, the Confirmation Order and the Plan are deemed binding on the Debtor, all holders of Claims or Interests, all Persons, Entities, and Governmental Units, all parties in interest who were served with notice of the Plan and the Disclosure Statement, and their respective successors and assigns.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Confirmation Order and the Plan are available for review at the Office of the Clerk, United States Bankruptcy Court for the District of Massachusetts, John W. McCormack Post Office and Court House, 5 Post Office Square, Suite 1150, Boston, Massachusetts 02109, and, for users of the PACER system, at the Court's website at www.mab.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT** THE PLAN AND THE CONFIRMATION ORDER CONTAIN PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND THE CONFIRMATION ORDER IN THEIR ENTIRETY.

Dated:  December 15, 2009            Respectfully submitted,
        Boston, Massachusetts
                                     SHERBURNE COMMONS, INC.,

                                     By its counsel,

                                     By:  /s/  James A. Wright III
                                     Steven T. Hoort (BBO 239380)
                                     Shuba Satyaprasad (BB) 675190)
                                     James A. Wright III (BBO 671822)
                                     Heather J. Zelevinsky (BBO 663849)
                                     ROPES & GRAY LLP
                                     One International Place
                                     Boston, Massachusetts 02110
                                     Telephone:  (617) 951-7000
                                     Facsimile:   (617) 951-7050
                                     Emails:    steven.hoort@ropesgray.com
                                                shuba.satyaprasad@ropesgray.com
                                                james.wright@ropesgray.com
                                                heather.zelevinsky@ropesgray.com

2

24100000_1.DOC